UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAI KANG,

                   Plaintiff,

      -against-

USA,

                   Defendant.

1:20-CV-6206 (CM)

CIVIL JUDGMENT

      Pursuant to the order issued September 21, 2020, dismissing this action without prejudice,

      IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to pay the $400 in relevant fees or submit a request to proceed *in forma pauperis* (IFP application) that discloses his financial information and shows that he is unable to pay the relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      Plaintiff has consented to electronic service of Court documents. (ECF 3.)

SO ORDERED.

Dated:   September 21, 2020
            New York, New York

                                                  COLLEEN McMAHON
                                                 Chief United States District Judge